**FILED**

**MAY 2 2 2008**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
2 308 S. School Street
Ukiah, California 95482
3 Telephone: (707) 462-1844

4 Attorneys for Defendant
MIGUEL DOMINGUEZ MURILLO

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-08-70203 JL |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER RESETTING |
| vs. ) | DATE FOR PRELIMINARY HEARING |
| ) | |
| MIGUEL DOMINGUEZ MURILLO *et al.*, ) | |
| ) | |
| Defendants. ) | |

15   IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich Assistant

16 United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman and defendant

17 Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary hearing date in this

18 matter now set for May 21, 2008 at 9:30 a.m. shall be reset for June 17, 2008  at 9:30 a.m. before

19 Magistrate Judge Bernard Zimmerman.  Defendants Murillo and Murillo Jr. through their respective

20 counsel  hereby continue to waive the provisions of Rule 5(c) of the Federal Rules of Criminal

21 Procedure requiring a preliminary hearing to be held within fifteen days of the initial appearance.

22 IT IS SO STIPULATED:

23

24 DATED:May 19, 2008

SUSAN JERICH
25                                           ASSISTANT UNITED STATES ATTORNEY

26

27 DATED:May 19, 2008                        /s/ Ann C. Moorman
ANN C. MOORMAN
ATTORNEY FOR DEFENDANT MURILLO
28

Stipulation and Order Resetting Preliminary Hearing                    1

1

2

3   DATED: May 19, 2008               /S/ Douglas Horngrad
                                      DOUGLAS HORNGRAD
                                      ATTORNEY FOR DEFENDANT MURILLO JR.
4

5

6                               **ORDER**

7        GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the preliminary hearing

8   pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for May 21, 2008 at 9:30

9   a.m. shall be vacated and re-set for June 17, 2008 at 9:30 a.m.

10  DATED: 5/20/08

11                                     MAGISTRATE JUDGE JAMES LARSON
                                       UNITED STATES DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Resetting Preliminary Hearing           2