ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile:   707-468-0522

Attorneys for Defendant
MIGUEL DOMINGUEZ MURILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIGUEL DOMINGUEZ MURILLO *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | No. 3-08-70203 JL <br><br> STIPULATION AND <br> [PROPOSED] ORDER RESETTING <br> DATE FOR PRELIMINARY HEARING |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary hearing date in this matter now set for June 17, 2008 at 9:30 a.m. shall be reset for July 25, 2008  at 9:30 a.m..  Defendants Murillo and Murillo Jr. through their respective counsel  hereby continue to waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within fifteen days of the initial appearance.

IT IS SO STIPULATED:

DATED: June 9, 2008                                              /s/ Susan Jerich
                                                                                SUSAN JERICH
                                                                                ASSISTANT UNITED STATES ATTORNEY

Stipulation and Order Resetting Preliminary Hearing        1

| | |
|---|---|
| DATED: June 9, 2008 | -   /s/ Ann C. Moorman<br>ANN C. MOORMAN<br>ATTORNEY FOR DEFENDANT MURILLO |
| DATED: June 9, 2008 | /s/ Douglas Horngrad<br>DOUGLAS HORNGRAD<br>ATTORNEY FOR DEFENDANT MURILLO JR. |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the preliminary hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for June 17, 2008 at 9:30 a.m. shall be vacated and re-set for July 25, 2008 at 9:30 a.m.

DATED: June 10, 2008

MAGISTRATE JUDGE ~~EDWARD M. CHEN~~
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA