1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorneys for Defendant
5  MIGUEL DOMINGUEZ MURILLO

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10
    UNITED STATES OF AMERICA,        )     No. 3-08-70203 JL
11                                   )
            Plaintiff,                )     STIPULATION AND
12                                   )     [PROPOSED] ORDER RESETTING
        vs.                          )     DATE FOR PRELIMINARY HEARING
13                                   )
    MIGUEL DOMINGUEZ MURILLO et al., )
14                                   )
            Defendants.              )
15  _____)

16      IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich

17 Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman

18 and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary

19 hearing date in this matter now set for June 17, 2008 at 9:30 a.m. shall be reset for July 25, 2008  at

20 9:30 a.m..  Defendants Murillo and Murillo Jr. through their respective counsel  hereby continue to

21 waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring a

22 preliminary hearing to be held within fifteen days of the initial appearance.

23 IT IS SO STIPULATED:

24

25 DATED: June 9, 2008                              /s/ Susan Jerich
                                                   SUSAN JERICH
26                                                 ASSISTANT UNITED STATES ATTORNEY

27

28

Stipulation and Order Resetting Preliminary Hearing          1

DATED: June 9, 2008                     -  /s/ Ann C. Moorman
                                        ANN C. MOORMAN
                                        ATTORNEY FOR DEFENDANT MURILLO


DATED: June 9, 2008                      /s/ Douglas Horngrad
                                        DOUGLAS HORNGRAD
                                        ATTORNEY FOR DEFENDANT MURILLO JR.


## ORDER

Pursuant to stipulation, ~~GOOD CAUSE HAVING BEEN SHOWN~~, it is hereby Ordered that the preliminary hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure now scheduled for June 17, 2008 at 9:30 a.m. shall be vacated and re-set for July 25, 2008 at 9:30 a.m.

DATED: June 10, 2008                    _____
                                        MAGISTRATE JUDGE ~~EDWARD M. CHEN~~
                                        UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Bernard Zimmerman* (seal: United States District Court, Northern District of California)

Stipulation and Order Resetting Preliminary Hearing          2