## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| **TO:** | **Honorable James Larson**<br>**Chief U.S. Magistrate Judge** | F I L E D | **RE:** | **Miguel Murillo Jr.** |

**FILED**

**JUL 0 2 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| **FROM:** | **Richard W. Wieking, Acting Chief**<br>**U.S. Pretrial Services Officer** | | **DOCKET NO.:** | 3 -<br>**CR 08-70203** |
| **DATE:** | **June 30, 2008** | | | |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| **Rich Sarlatte** | **415-436-7508** |
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
_____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

    A.

    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

Thank you.
_____
_____

_____
**JUDICIAL OFFICER**

7-2-08
**DATE**

**Cover Sheet** (03/26/08)