1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorneys for Defendant
5  MIGUEL DOMINGUEZ MURILLO

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10
   UNITED STATES OF AMERICA,        )   No. 3-08-70203 JL
11                                  )
              Plaintiff,            )   STIPULATION AND
12                                  )   [PROPOSED] ORDER RESETTING
         vs.                        )   DATE FOR PRELIMINARY HEARING
13                                  )
   MIGUEL DOMINGUEZ MURILLO et al., )
14                                  )
              Defendants.           )
15 _____)

16     IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich

17 Assistant United States Attorney, defendant Miguel Murillo, through his counsel Ann C. Moorman

18 and defendant Miguel Murillo Jr., through his counsel Douglas Horngrad  that the preliminary

19 hearing date in this matter now set for August 25, 2008 at 9:30 a.m. shall be reset for September 29,

20 2008 at 9:30 a.m. The parties are engaged in an effort to reach a disposition and agree the additional

21 time will be useful.  Defendants Murillo and Murillo Jr. through their respective counsel hereby

22 continue to waive the provisions of Rule 5(c) of the Federal Rules of Criminal Procedure requiring a

23 preliminary hearing to be held within fifteen days of the initial appearance.

24     IT IS SO STIPULATED:

25

26 DATED: August 21, 2008              /s/ Susan Jerich
                                       SUSAN JERICH
27                                     ASSISTANT UNITED STATES ATTORNEY

28

Stipulation and Order Resetting Preliminary Hearing         1

DATED: August 21, 2008        /s/ Ann C. Moorman
                              ANN C. MOORMAN
                              ATTORNEY FOR DEFENDANT MURILLO


DATED: August 21, 2008        /s/ Douglas Horngrad
                              DOUGLAS HORNGRAD
                              ATTORNEY FOR DEFENDANT MURILLO JR.


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the preliminary hearing pursuant to Rule 5 of the Federal Rules of Criminal Procedure for defendants Miguel Murillo and Miguel Murillo Jr. now scheduled for August 25, 2008 at 9:30 a.m. shall be vacated and re-set for September 29, 2008 at 9:30 a.m.

DATED: 8/22/8

MAGISTRATE JUDGE JOSEPH C. SPERO
UNITED STATES DISTRICT COURT