

## PROPOSED ORDER/COVER SHEET

**TO:** Honorable James Larson  
Chief U.S. Magistrate Judge

**RE:** Murillo, Miguel

**FROM:** Richard W. Wieking, Acting Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 08-70203

**DATE:** December 1, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Rich Sarlatte         415-436-7508  
**U.S. PRETRIAL SERVICES OFFICER**         **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

Thanks,

_____        12-2-08  
**JUDICIAL OFFICER**        **DATE**

Cover Sheet (12/03/02)