1 DOUGLAS I. HORNGRAD
Attorney at Law
2 (CA State Bar No. 95086)
Maybeck Building Four
3 1736 Stockton Street
San Francisco, CA 94133
4 Telephone: (415) 397-9509
Facsimile: (415) 397-9519
5
Attorney for Defendant
6 MIGUEL MURILLO, JR.

7

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    Case No. CR 08-00696 VRW

12    Plaintiff,          STIPULATION AND [PROPOSED]
                    ORDER TO VACATE AND RESET
13  v.               COURT APPEARANCE

14 MIGUEL MURILLO, JR.,

15    Defendant.
 _____/
16

17   IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Susan Jerich, counsel for plaintiff, and Douglas Horngrad, counsel for Miguel Murillo, Jr.,

19 that, with regard to defendant Miguel Murillo, Jr., only, Mr. Murillo's April 23, 2009, court

20 appearance be vacated and reset for May 28, 2009, at 2:00 p.m., or as soon thereafter as is

21 convenient for the Court.

22   This stipulated reset is requested because the parties are informed that the Court is not

23 available for Mr. Murillo's matter on April 23, 2009.

24   Counsel for defendant contacted United States Probation Officer Brian Casai and he

25 //

26 //

27 //

28 //

confirmed that he is available for the requested new court date.

SO STIPULATED

Dated: March 12, 2009

/s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for Defendant
MIGUEL MURILLO, JR.

Dated: March 12, 2009

/s/ Susan R. Jerich   (with consent)
SUSAN R. JERICH
Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated: March __16__, 2009

_____
**CHIEF JUDGE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT**

- 2 -